LEONARD FOREST AND OTHERS v. KATZMAREK
IRON WORKS, INC., AND OTHERS.

246 N. W. 2d 867.

November 5, 1976—No. 46262.

*Leo M. McDonnell,* for appellants.

*MacDonald, Munger & Fillenworth* and *A. Blake MacDonald,* for respondents Katzmarek.

*William P. Dinan,* City Attorney, and *Robert E. Asleson,* Assistant City Attorney, for respondent city.

Heard before Todd, MacLaughlin, and Yetka, JJ., and considered and decided by the court en banc.

PER CURIAM.

This is an appeal from a judgment of the District Court of St. Louis County denying appellants a permanent injunction to halt the operation of defendant company's business, an award of damages, and other relief.

We have carefully examined the record and proceedings in this case and are satisfied that the findings of the district court are not clearly erroneous. Rule 52.01, Rules of Civil Procedure. Accordingly, the judgment is affirmed.

Affirmed.